```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   LINANGELY ROSARIO-RIVERA,                               :
                                                           :
                               Plaintiff,                  :
                                                           :
                  -against-                                :      1:22-cv-1351-GHW
                                                           :
   RESEARCH FOUNDATION OF CUNY,                            :          ORDER
   THE CITY UNIVERSITY OF NEW YORK,                        :
   BOROUGH OF MANHATTAN                                    :
   COMMUNITY COLLEGE, and DEBORAH                          :
   HARTE                                                   :
                                                           :
                               Defendants.                 :
                                                           :
-----------------------------------------------------------X
```

<div style="float:right; border:1px solid black; padding:4px;">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 4/3/2022
</div>

GREGORY H. WOODS, United States District Judge:

To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, **on or before April 18, 2022,** file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf).  The executed form should be filed on ECF as a "Proposed Order," and be described using the "Consent Order" filing event in accordance with ECF Rule 13.18.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **on or before April 18, 2022** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: April 3, 2022
New York, New York

GREGORY H. WOODS
United States District Judge